JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASEY L. ROWLAND,

    Petitioner,

    v.

DAVE DAVY, Warden,

    Respondent.

Case No. CV 16-3185-ODW (SP)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 10, 2020

    _____
    HONORABLE OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE

1